IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY R. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-742-MEF |
| vs. ) | (WO—Do not publish) |
| ) | |
| CHAD ALLEN HAUCK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

One of the defendants, Norwill, Inc., removed this action from the Circuit Court of Russell County, Alabama, by filing with this Court a notice of removal on September 9, 2011. (Doc. # 1.) Five days later, the plaintiff, Gregory Moore, filed a motion to remand (Doc. # 4), claiming that the amount in controversy did not exceed the $75,000 jurisdictional threshold found in the diversity statute, 28 U.S.C. § 1332(a). The Court then entered a briefing schedule (Doc. # 6) requiring Norwill to respond to Moore's remand motion by October 13, 2011. Thirteen days after the deadline passed, Norwill filed its response (Doc. # 7), contending that it properly removed the case. Despite the alleged propriety of the removal, Norwill still declined to oppose the remand motion, primarily because Moore filed an affidavit (Doc. # 4-1) limiting his recoverable damages in state court to $75,000 or less. The affidavit—and for that matter, this Order—preclude Moore from seeking or recovering more than $75,000 in state court.

1

Since Norwill's belated response concedes that a remand to state court is proper, and because Norwill provided no evidence in its notice of removal that the amount in controversy exceeds $75,000, it is hereby ORDERED that Moore's Motion to Remand (Doc. # 4) is GRANTED and the case is REMANDED to the Circuit Court of Russell County, Alabama. The Clerk is DIRECTED to take appropriate steps to accomplish the remand.

Done this the 15th day of November, 2011.

                                                 /s/ Mark E. Fuller
                                              UNITED STATES DISTRICT JUDGE